AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### GREENVILLE DIVISION

Wanda Hunt

    vs.

Greenville County South Carolina,
Womble Carlyle Sandridge and Rice, and
Greenville County Sheriff's Department

**JUDGMENT IN A CIVIL CASE**

Case Number: 6:08-857-HFF

**[X]  Decision on the Record.**  This action came before the court on the record. The issues have been reviewed and a decision rendered.

**IT IS ORDERED AND ADJUDGED, adopting Report and Recommendations,**

that Defendant WCSR's motion to dismiss is **GRANTED** on different grounds as provided herein and Plaintiff's state law claims against Defendant WCSR are **DISMISSED** without prejudice, the Greenville County Defendants' motion to dismiss is **GRANTED**, and Plaintiff's federal claims against the Greenville County Defendants are **DISMISSED** with prejudice, and her state law claims are **DISMISSED** without prejudice.

.

LARRY W. PROPES, Clerk

By: s/Angela Lewis
    Deputy Clerk

November 7, 2008